IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT JOE STRANGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-18-1006-R |
| | ) | |
| STATE OF OKLAHOMA, ET AL. | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is the December 10, 2018 Report and Recommendation issued by Magistrate Judge Suzanne Mitchell wherein she recommends the Petition herein be dismissed without prejudice because Mr. Strange failed to follow her orders regarding his request for leave to proceed in forma pauperis. The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation entered on December 10, 2018 is ADOPTED IN ITS ENTIRETY and this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 8th day of January 2019.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE